**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Green Estates, LLC,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| Vs. | ) | Case No. **4:26-cv-01256 UNA** |
| | ) | |
| | ) | |
| **City of Mexico, Missouri** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant**. | ) | |

## <u>ORDER</u>

The above styled and numbered case was opened on August 6, 2026, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Joshua M. Divine, United States District Judge, under cause number **2:26-cv-00056-JMD**.

**IT IS FURTHER ORDERED** that cause number **4:26-cv-01256-UNA** be administratively closed.

NATHAN M. GRAVES
CLERK OF COURT

Dated: August 6, 2026

By: *Jason W. Dockery*
Case Initiation Team Supervisor

**In all future documents filed with the Court, please use the following case number 2:26-cv-00056-JMD.**